Mark V. SCHEEHLE, Plaintiff–Appellant,

v.

JUSTICES OF THE SUPREME COURT OF THE STATE OF ARIZONA: Stanley G. Feldman, Charles E. Jones, Frederick J. Martone; Ruth V. McGregor; and Thomas A. Zlaket; Judges of the Superior Court of the State of Arizona, in and for the County of Maricopa: Michael R. McVey; Robert D. Myers; Jonathan H. Schwartz; and Christopher M. Skelly; Defendants–Appellees.

No. 00–15457.

United States Court of Appeals, Ninth Circuit.

Oct. 29, 2001.

Before: PREGERSON, FERGUSON, and HAWKINS, Circuit Judges.

ORDER WITHDRAWING OPINION

The Opinion filed on July 26, 2001 and cited at 257 F.3d 1082 (9th Cir.2001), is withdrawn.